IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 16-cr-00119-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD HENNIS,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on the Motion to Grant Richard Hennis a Supervised Furlough to Attend Funeral Service [Docket No. 99], wherein defendant Richard Hennis moves the Court to "grant him a furlough to attend the funeral of his Aunt Dolly" on April 1, 2017.  As authority, Mr. Hennis cites 18 U.S.C. § 3622(a)(2). However, that statute provides authority to the Bureau of Prisons, not the court, to grant "temporary release."  See *In re Radcliff*, 2012 WL 5974172 (10th Cir. 2012) (unpublished).  Moreover, Mr. Hennis is not in the custody of the Bureau of Prisons, but rather is a pre-trial detainee in the custody of the U.S. Marshals Service.

    Even if Mr. Hennis' motion is not tied to § 3622(a)(2), he provides no basis to grant the request.  Mr. Hennis has pled guilty to Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and Transportation of Child Pornography in violation of 18 U.S.C. § 2252A(a)(1).  See Docket No. 70.  He faces a minimum sentence of fifteen years imprisonment.  Docket No. 71 at 7.  Defendant does not request a bond

modification and, in any event, unsupervised release to attend the funeral would be inappropriate. Although his parents have generously offered to pay the cost of a U.S. Marshals Service escort, it is against the policy of the U.S. Marshals Service to escort prisoners to attend funeral services, and Mr. Hennis provides no grounds or authority for the Court to order otherwise. While the Court is sympathetic to Mr. Hennis' desire to attend his aunt's funeral, it is

**ORDERED** that the Motion to Grant Richard Hennis a Supervised Furlough to Attend Funeral Service [Docket No. 99] is denied.

DATED March 27, 2017.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge