IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 16-cr-00119-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RICHARD HENNIS,

    Defendant.

**ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24**

    The matter before the Court is the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Criminal Case filed by defendant Richard Hennis. Docket No. 127. The court has examined the file and determined that the motion must be denied. Pursuant to 28 U.S.C. § 1915(a)(1), the Court finds that Mr. Hennis fails to demonstrate he is unable to pay the appellate filing fee. In addition, pursuant to 28 U.S.C. § 1915(a)(3), the Court finds that this appeal is not taken in good faith because Mr. Hennis has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the appeal. Accordingly, it is

    **ORDERED** that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Criminal Case [Docket No. 127] is DENIED. It is further

    **ORDERED** that Mr. Hennis may file a motion seeking leave to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit.

Dated June 14, 2017.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge